No. 89–610. NATIONAL TREASURY EMPLOYEES UNION *v.* DEPARTMENT OF THE TREASURY, OFFICE OF CHIEF COUNSEL, ET AL.; and

1056

No. 89–758. FEDERAL LABOR RELATIONS AUTHORITY v. DEPARTMENT OF THE TREASURY, OFFICE OF CHIEF COUNSEL, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 277 U. S. App. D. C. 210, 873 F. 2d 1467.